842

■ INGVAR ROBERG et al., Partners Doing Business as R. & N. CONSTRUCTION Co., Respondents, v. EVYAN, INC. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ JEROME SCHWARTZ, Respondent, v. DANIEL SCHWARTZ, Appellant.— Order entered January 11, 1956, denying defendant's motion for a change of venue, and order entered April 4, 1956, denying defendant's motion for judgment dismissing the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. As to appeal [from order entered April 4, 1956] it is not possible to pass upon the applicability of the Statute of Frauds to this case on the basis of the motion papers. The question can best be reserved for the trial. Concur — Peck, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ WILLIAM H. WOODHOUSE, Doing Business under the Name of WILLIAM H. WOODHOUSE COMPANY, Appellant, v. NEW HAMPSHIRE FIRE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ JOHN J. ABRAMSEN CO., INC., Respondent, v. DEPOT CONSTRUCTION CORP., Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

■ In the Matter of ARNOLD SCHILDHAUS, Appellant, against EDWARD J. CHAPMAN, as City Magistrate, Respondent.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ. [3 Misc 2d 124.]

■ LENORE LEHRER, Respondent, v. ALBERT BLACKTON, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ FRANCES J. SPIER, Appellant, v. CHARLES L. STILLMAN, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ In the Matter of the Estate of "JOHN" LOGAN, Deceased. OTIS LOGAN, Appellant; CLERK OF THE SURROGATE'S COURT, NEW YORK COUNTY, Respondent. — Decree unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ. [See post, p. 886.]

■ EAST NEW YORK SAVINGS BANK, Respondent, v. HYED REALTY CORP., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ In the Matter of RHEBA MANAGEMENT CORP., Appellant, against DEPARTMENT OF HOUSING AND BUILDINGS, CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ LAMSTON-BAYSIDE CORPORATION, Respondent, v. FLOWER HILL COUNTRY ESTATES, INC., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, although conceivably the question of the liability of the appellant may not depend upon an assumption by the new owner of the obligation on which plaintiff sues. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ JULIUS ZUPAN, Respondent, v. HYMAN BLUMBERG et al., Appellants.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ NATHAN WOLK, Doing Business as WOLK ELECTRIC MOTOR Co. v. AL GREENE.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J.. Botein, Rabin, Cox and Valente, JJ.